Order Form (01/2005)

# United States District Court, Northern District of Illinois



| Name of Assigned Judge or Magistrate Judge | David H. Coar | Sitting Judge If Other than Assigned Judge | Jeffrey Cole |
|---|---|---|---|
| **CASE NUMBER** | 06 C 493 | **DATE** | 4/24/2007 |
| **CASE TITLE** | Robert Jackson vs. Sheriff of Cook County, et al | | |

**DOCKET ENTRY TEXT**

The defendants' motion for a protective order [153] is Denied. Enter Memorandum Opinion and Order.

■ [ For further detail see separate order(s).]  Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | SB |
|---|---|---|